**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption In Compliance with D.N.J. LBR 9004-1(b)**

**DENTONS US LLP**
Lauren Macksoud (admitted)
101 JFK Parkway
Short Hills, NJ 07078
Telephone: (973) 912-7100
Facsimile: (973) 912-7199
Email: lauren.macksoud@dentons.com

Van C. Durrer, II (*pro hac vice* pending)
601 S. Figueroa Street #2500
Los Angeles, CA 90017
Telephone: (213) 623-9300
Facsimile: (213) 623-9924
Email: van.durrer@dentons.com

**DENTONS BINGHAM GREENEBAUM LLP**
James R. Irving (*pro hac vice* pending)
3500 PNC Tower
101 South Fifth Street
Louisville, KY 40202
Telephone: (502) 589-4200
Facsimile: (502) 540-2215
Email: james.irving@dentons.com

*Proposed Counsel to Debtors and Debtors in Possession*

| | |
|---|---|
| In re: | Chapter 11 |
| House Canary New Jersey, Inc., *et al.*[1] | Case No. 26-20766 (EJO) |
| Debtors. | (Jointly Administered) |

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) House Canary New Jersey, Inc. [3712], (ii) HouseCanary, Inc. [2307], (iii) HouseCanary (CT), Inc. [1814], (iv) ComeHome, Inc. [0328], (v) HC Certified Analytics, Inc. [8523], and (vi) HouseCanary R&D, LLC [2124]. The Debtors' mailing address is 535 Mission Street, 14th Floor, San Francisco, CA 94105.

**DEBTORS' WITNESS AND EXHIBIT LIST**
**FOR THE HEARING SCHEDULED FOR OCTOBER 20, 2026 AT 2:00 P.M. ET**

The Debtors file this witness and exhibit list ("Witness and Exhibit List") identifying the individual(s) that the Debtors may call as witnesses and the exhibits the Debtors may introduce into evidence at the hearing to be held on October 20, 2026 at 2:00 p.m. (Eastern Time) (the "Hearing") before The Honorable Eamonn J. O'Hagan, United States Bankruptcy Judge at the United States Bankruptcy Court for the District of New Jersey, 402 East State Street, Trenton, New Jersey 08608, Courtroom #2, in support of the: (i) *Motion of the Debtors for Entry of Interim and Final Orders: (I) Authorizing the Debtors to Obtain Postpetition Financing; (II) Authorizing the Use of Cash Collateral and Affording Adequate Protection; (III) Granting Liens and Providing Superpriority Administrative Expense Claims; (IV) Modifying the Automatic Stay; (V) Scheduling a Final DIP Hearing; and (VI) Granting Related Relief* [Docket No. 17] (the "DIP Motion"); (ii) the *Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing Postpetition Use of Cash Collateral, (II) Granting Adequate Protection to Structural, (III) Scheduling a Final Hearing, and (IV) Granting Related Relief* [Docket No. 67] (the "Cash Collateral Motion"); and (iii) the *Motion of the Debtors for Entry of an Order Approving (I) the Adequacy of the Disclosure Statement; (II) the Solicitation and Notice Procedures; (III) the Forms of Ballots and Notices in Connection Therewith; and (IV) Certain Dates with Respect Thereto* [Docket No. 91] (the "Solicitation Motion").

The Debtors reserve the right to amend and/or supplement this Witness and Exhibit List at any time prior to the Hearing, to call any of the witnesses on the list below, to call any witness on any other party's witness list (regardless of whether the party removes that witness from its list), to call any witness necessary to authenticate documents (to the extent necessary), and to call any witness to provide rebuttal or impeachment testimony (as appropriate). The Debtors further reserve the right to ask the Court to take judicial notice of pleadings, transcripts, and/or documents

filed in connection with these Chapter 11 cases, to offer rebuttal exhibits, and to modify, supplement, or amend this Witness and Exhibit List at any time prior to or during the Hearing. Designation of any exhibit below does to waive any objections the Debtors may have any exhibit list on any party's exhibit list or introduced at the Hearing.

**WITNESSES**

The Debtors intend to present the testimony of the following witness at the Hearing in support of the DIP Motion, the Cash Collateral Motion, and the Solicitation Motion, who will be present in the courtroom:

1. Jeffrey Perea, Managing Director of Getzler Henrich & Associates LLC, as proposed Chief Restructuring Officer of the Debtors.

2. Any other individual to be called as a witness at the Hearing.

**EXHIBITS**

1. The Approved Budget, attached as Exhibit A to the *Omnibus Reply in Support of Debtors' (I) DIP Motion and (II) Cash Collateral Motion* [Docket No. 130].

2. The First Amended Combined Disclosure Statement and Chapter 11 Plan of Reorganization of House Canary New Jersey, Inc. and Affiliates Thereof, to be filed contemporaneous herewith.

Respectfully submitted,

Dated: October 20, 2026

*<u>/s/ Lauren Macksoud</u>*
DENTONS US LLP
Lauren Macksoud (admitted)
101 JFK Parkway
Short Hills, NJ 07078
Telephone: (973) 912-7100
Email: lauren.macksoud@dentons.com

*Proposed Counsel for Debtors and Debtors in Possession*