**DENTONS US LLP**
Lauren Macksoud (admitted)
101 JFK Parkway
Short Hills, NJ 07078
Telephone: (973) 912-7100
Facsimile: (973) 912-7199
Email: lauren.macksoud@dentons.com

Van C. Durrer, II (admitted *pro hac vice*)
601 S. Figueroa Street #2500
Los Angeles, CA 90017
Telephone: (213) 623-9300
Facsimile: (213) 623-9924
Email: van.durrer@dentons.com

**DENTONS BINGHAM GREENEBAUM LLP**
James R. Irving (admitted *pro hac vice*)
3500 PNC Tower
101 South Fifth Street
Louisville, KY 40202
Telephone: (502) 589-4200
Facsimile: (502) 540-2215
Email: james.irving@dentons.com

*Proposed Counsel to Debtors and Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>House Canary New Jersey, Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 26-20766 (EJO)<br><br>(Jointly Administered) |

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) House Canary New Jersey, Inc. [3712], (ii) HouseCanary, Inc. [2307], (iii) HouseCanary (CT), Inc. [1814], (iv) ComeHome, Inc. [0328], (v) HC Certified Analytics, Inc. [8523], and (vi) HouseCanary R&D, LLC [2124]. The Debtors' mailing address is 535 Mission Street, 14th Floor, San Francisco, CA 94105.

**NOTICE OF FILING OF REVISED ORDER APPROVING (I) THE ADEQUACY OF THE DISCLOSURE STATEMENT, (II) THE SOLICITATION AND NOTICE PROCEDURES, (III) THE FORMS OF BALLOTS AND NOTICES IN CONNECTION THEREWITH, AND (IV) CERTAIN DATES WITH RESPECT THERETO**

**PLEASE TAKE NOTICE** that on October 4, 2026, House Canary New Jersey, Inc. and its affiliated debtors and debtors in possession (the "Debtors") filed the *Debtors' Motion for Entry of an Order Approving (I) the Adequacy of the Disclosure Statement, (II) the Solicitation And Notice Procedures, (III) The Forms of Ballots and Notices in Connection Therewith, and (IV) Certain Dates With Respect Thereto* [Docket No. 91] (the "Solicitation Motion") which appended, as Exhibit A thereto, a proposed order (such order being the "Solicitation Order").

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby file a revised Solicitation Order the ("Revised Solicitation Order"), attached hereto as **Exhibit A**. A redline comparing the Solicitation Order to the Revised Solicitation Order is attached hereto as **Exhibit B**.

**PLEASE TAKE FURTHER NOTICE** that if you should have any questions about the Revised Solicitation Order or would like to obtain paper copies of the Revised Solicitation Order or any other materials filed in the above-captioned chapter 11 cases, please contact the Debtors' claims and noticing agent, Omni Agent Solutions (the "Claims and Noticing Agent") by: (a) visiting the Debtors' case website at: https://cases.omniagentsolutions.com/?clientId=3808 (where you can obtain electronic copies of all documents filed with the Bankruptcy Court for free); (b) emailing the Claims and Noticing Agent at: HouseCanaryInquiries@OmniAgnt.com; or (c) calling the Claims and Noticing Agent 866-205-3140 (US & Canada toll free) and 818-510-4622 (International).

Dated: October 20, 2026

**DENTONS US LLP**
Lauren Macksoud (admitted)
101 JFK Parkway
Short Hills, NJ 07078
Telephone: (973) 912-7100
Facsimile: (973) 912-7199
Email: lauren.macksoud@dentons.com

Van C. Durrer, II (admitted *pro hac vice*)
601 S. Figueroa Street #2500
Los Angeles, CA 90017
Telephone: (213) 623-9300
Facsimile: (213) 623-9924
Email: van.durrer@dentons.com

**DENTONS BINGHAM GREENEBAUM LLP**
James R. Irving (admitted *pro hac vice*)
3500 PNC Tower
101 South Fifth Street
Louisville, KY 40202

Telephone: (502) 589-4200
Facsimile: (502) 540-2215
Email: james.irving@dentons.com

*Proposed Counsel to Debtors and Debtors in Possession*