**DENTONS US LLP**
Lauren Macksoud (admitted)
101 JFK Parkway
Short Hills, NJ 07078
Telephone: (973) 912-7100
Email: lauren.macksoud@dentons.com

Van C. Durrer, II (admitted *pro hac vice*)
601 S. Figueroa Street #2500
Los Angeles, CA 90017
Telephone: (213) 623-9300
Email: van.durrer@dentons.com

**DENTONS BINGHAM GREENEBAUM LLP**
James R. Irving (admitted *pro hac vice*)
3500 PNC Tower
101 South Fifth Street
Louisville, KY 40202
Telephone: (502) 589-4200
Email: james.irving@dentons.com

*Proposed Counsel to Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>House Canary New Jersey, Inc., *et al.*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 26-20766 (EJO)<br><br>(Jointly Administered) |

**NOTICE OF AMENDED AGENDA OF MATTERS SCHEDULED TO BE HEARD ON OCTOBER 20, 2026 AT 2:00 P.M. (ET)**

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: (i) HouseCanary New Jersey, Inc. [3712], (ii) HouseCanary, Inc. [2307], (iii) HouseCanary (CT), Inc. [1814], (iv) ComeHome, Inc. [0328], (v) HC Certified Analytics, Inc. [8523], and (vi) HouseCanary R&D, LLC [2124]. The Debtors' mailing address is 535 Mission Street, 14th Floor, San Francisco, CA 94105.

<u>**Date and Time**</u>: **October 20, 2026, at 2:00 P.M. (Prevailing Eastern Time)**

<u>**Location of Hearing**</u>: United States Bankruptcy Court
District of New Jersey
402 East State Street
Trenton, NJ 08608 Courtroom #2

**PLEASE TAKE NOTICE** that the following matters are scheduled to be heard on October 20, 2026, at 2:00 p.m. (prevailing Eastern Time) before the Honorable Eamonn J. O'Hagan, United States Bankruptcy Judge. The hearing will be conducted via **Zoom** using the Judge's standard Zoom link for remote appearances, as provided below.

<u>**Zoom Link**</u>**:** https://njb-uscourts.zoomgov.com/j/1602913576?pwd=bad40CAgSaP1VX5JY44nEkZ5t6qQkS.1#success

Meeting ID: 160 291 3576
Passcode: 234642

<u>**Telephone Dial-In Information**</u>**:**

+1 551 285 1373 US (New Jersey)
+1 646 828 7666 US (New York)

**PLEASE TAKE FURTHER NOTICE** that this Amended Agenda modifies the prior agenda filed at Docket No. 133. For ease of reference, the modified items are reflected in **bold**.

**I. <u>MATTERS GOING FORWARD</u>:**

1. Motion of the Debtors for Entry of Interim and Final Orders: (I) Authorizing the Debtors to Obtain Postpetition Financing; (II) Authorizing the Use of Cash Collateral and Affording Adequate Protection; (III) Granting Liens and Providing Superpriority Administrative Expense Claims; (IV) Modifying the Automatic Stay; (V) Scheduling a Final DIP Hearing; and (VI) Granting Related Relief [Docket No. 17] (the "**DIP Motion**").

<u>Related Documents:</u>

a. Declaration of Chris Rediger in Support of the Debtors' Chapter 11 Petitions and Emergency First-Day Motions [Docket No. 16] (the "**First Day Declaration**").

b. Declaration of Jeffrey C. Perea in Support of Debtors' Motion for Debtor-in-Possession Financing [Docket No. 18].

c. Corrected Declaration of Jeffrey C. Perea in Support of Debtors' Motion for Debtor-in-Possession Financing [Docket No. 19].

d. Notice of Filing of Corrected Form of Proposed Interim Order Granting the DIP Motion [Docket No. 20].

e. Certification Concerning Proposed Interim Order Granting the DIP Motion [Docket No. 33].

f. Interim Order Granting the DIP Motion [Docket No. 34] (the "**Interim DIP Order**").

g. Structural's Combined Objection to Debtors' (I) DIP Motion and (II) Cash Collateral Motion [Docket No. 120] (the "**Structural DIP/CC Objection**").

h. Omnibus Reply in Support of Debtors' (I) DIP Motion and (II) Cash Collateral Motion [Docket No. 130] (the "**DIP/CC Reply**").

i. Revised Proposed Final DIP Order and Redline Against the Interim DIP Order (attached as **Exhibits B and C**, respectively, to the DIP/CC Reply).

**j. Notice of Filing of Revised Proposed Final Order Granting the DIP Motion [Docket No. 145].**

**k. Notice of Filing of Secured Superpriority Priming Debtor-in-Possession Loan and Security Agreement [Docket No. 146].**

Status: This matter is going forward.

2. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Postpetition Use of Cash Collateral; (II) Granting Adequate Protection to Structural; (III) Scheduling a Final Hearing; and (IV) Granting Related Relief [Docket No. 67] (the "**Cash Collateral Motion**").

Related Documents:

a. First Day Declaration [Docket No. 16].

b. Interim DIP Order [Docket No. 34].

c. Corrected Notice of Hearing on (A) Debtors' Motion for Entry of an Order to Estimate the Secured Claims of Lenders Structural Capital Investments III, LP, Series Structural DCO II Series of Structural Capital DCO, LLC, and CEOF Holdings LP, with Ocean II PLO LLC as Agent, Under 11 U.S.C. § 502(c); and (B) the Cash Collateral Motion [Docket No. 104] (the "**Corrected Hearing Notice**").

d. Structural DIP/CC Objection [Docket No. 120].

e. DIP/CC Reply [Docket No. 130].

f. Revised Proposed Interim Cash Collateral Order and Redline Against the Proposed Order Filed with the Cash Collateral Motion (attached as **Exhibits D and E**, respectively, to the DIP/CC Reply).

**g. Notice of Filing of Revised Proposed Interim Order Granting the Cash Collateral Motion [Docket No. 147].**

Status: This matter is going forward.

3. Motion of the Debtors for Entry of an Order Approving (I) the Adequacy of the Disclosure Statement; (II) the Solicitation and Notice Procedures; (III) the Forms of Ballots and Notices in Connection Therewith; and (IV) Certain Dates with Respect Thereto [Docket No. 91] (the "**Solicitation Motion**").

Related Documents:

a. Combined Disclosure Statement and Chapter 11 Plan of Reorganization of House Canary New Jersey, Inc. and Affiliates Thereof [Docket No. 90] (the "**Combined Plan and Disclosure Statement**").

b. Application to Shorten Time [Docket No. 92].

c. Order Granting Application to Shorten Time [Docket No. 95].

d. Ocean II PLO, LLC's Objection to Debtors' Disclosure Statement and Solicitation Procedures Motion [Docket No. 119] (the "**Structural Solicitation Objection**").

e. Debtors' Reply to the Structural Solicitation Objection [Docket No. 129].

f. United States Trustee's Objection and Reservation of Rights to (A) the Combined Plan and Disclosure Statement; and (B) the Solicitation Motion [Docket No. 131].

**g. Notice of Filing of First Amended Combined Plan and Disclosure Statement [Docket No. 142].**

**h. Notice of Filing of Revised Proposed Order Granting the Solicitation Motion [Docket No. 144].**

Status: This matter is going forward. The Debtors intend to file an amended Combined Plan and Disclosure Statement and an amended proposed Solicitation Order prior to the hearing.

4. Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Continue Customer Programs and (II) Granting Related Relief [Docket No. 14] (the "**Customer Programs Motion**").

Related Documents:

a. First Day Declaration [Docket No. 16].

b. Certification of No Objection Regarding the Proposed Interim Order Granting the Customer Programs Motion [Docket No. 30].

c. Interim Order Granting Motion of the Debtors for Entry of an Order (I) Authorizing the Debtors to Continue Customer Programs; and (II) Granting Related Relief [Docket No. 46].

d. Certification of Counsel Regarding Proposed Final Order Granting the Customer Programs Motion [Docket No. 118].

Status: The Debtors have filed a notice of the revised proposed final order, and this matter is going forward in accordance with that notice.

## II. MATTERS SUBMITTED UNDER CERTIFICATIONS OF COUNSEL:

5. Debtors' Motion for Entry of Interim and Final Orders: (I) Authorizing Use of Cash Management System, Bank Accounts, and Existing Business Forms; (II) Prohibiting Setoffs and Freezing of Bank Accounts; (III) Modifying Requirements of Section 345(b) of the Bankruptcy Code; and (IV) for Related Relief [Docket No. 15] (the "**Cash Management Motion**").

Related Documents:

a. First Day Declaration [Docket No. 16].

b. Certification of No Objection Regarding Proposed Interim Order Granting the Cash Management Motion [Docket No. 31].

c. Interim Order Granting the Cash Management Motion [Docket No. 47].

d. **Certification of Counsel Regarding Proposed Final Order Granting the Cash Management Motion [Docket No. 134]**.

**Status: The revised proposed final order has been submitted for entry pursuant to a certification of counsel.**

6. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Pay Employee Obligations and (B) Continue Employee Benefit Programs; and (II) Granting Related Relief [Docket No. 12] (the "**Wages Motion**").

Related Documents:

a. First Day Declaration [Docket No. 16].

b. Certification of No Objection Regarding Proposed Interim Order Granting the Wages Motion [Docket No. 29].

c. Interim Order Granting the Wages Motion [Docket No. 45].

**d. Certification of Counsel Regarding Proposed Final Order Granting the Wages Motion [Docket No. 135].**

**Status: The revised proposed final order has been submitted for entry pursuant to a certification of counsel.**

7. Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to (A) File a Consolidated List of the Debtors' Thirty Largest Unsecured Creditors, (B) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor, and (C) Redact Certain Personally Identifiable Information of Natural Persons; (II) Setting a Final Hearing; and (III) Granting Related Relief [Docket No. 9] (the "**Creditor Matrix Motion**").

Related Documents:

a. First Day Declaration [Docket No. 16].

b. Certification of No Objection Regarding Proposed Interim Order Granting the Creditor Matrix Motion [Docket No. 32].

c. Interim Order Granting the Creditor Matrix Motion [Docket No. 44].

**d. Certification of Counsel Regarding Proposed Final Order Granting the Creditor Matrix Motion [Docket No. 136].**

**Status: The revised proposed final order has been submitted for entry pursuant to a certification of counsel.**

8. Debtors' Motion for Entry of an Administrative Fee Order Establishing Procedures for the Allowance and Payment of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of this Court [Docket No. 51] (the "**Interim Compensation Motion**").

Related Documents:

a. Application to Shorten Time [Docket No. 55].

b. Order Granting Application to Shorten Time [Docket No. 59].

c. Notice of Hearing on Continued Matters and Final Relief Set for October 20, 2026, at 2:00 P.M. (ET) [Docket No. 64].

d. **Certification of Counsel Regarding Proposed Order Granting the Interim Compensation Motion [Docket No. 137].**

**<u>Status</u>: The revised proposed order has been submitted for entry pursuant to a certification of counsel.**

9. **Debtors' Motion for Entry of an Order Authorizing the Employment and Payment of Professionals Utilized in the Ordinary Course of Business [Docket No. 52] (the "<u>OCP Motion</u>").**

**<u>Related Documents:</u>**

a. **Application to Shorten Time [Docket No. 55].**

b. **Order Granting Application to Shorten Time [Docket No. 59].**

c. **Certification of Counsel Regarding Revised Proposed Order Granting the OCP Motion [Docket No. 139]**

**<u>Status</u>: The revised proposed order has been submitted for entry pursuant to a certification of counsel.**

## III. <u>RESCHEDULED MATTER</u>:

10. Debtors' Motion for Entry of an Order to Estimate the Secured Claims of Lenders Structural Capital Investments III, LP, Series Structural DCO II Series of Structural Capital DCO, LLC, and CEOF Holdings LP, with Ocean II PLO LLC as Agent, Under 11 U.S.C. § 502(c) [Docket No. 66] (the "**Estimation Motion**").

<u>Related Documents:</u>

a. Corrected Hearing Notice [Docket No. 104].

<u>Status</u>: The parties have agreed to reschedule the hearing on the Estimation Motion to December 1, 2026, the proposed date for the confirmation hearing, subject to the Court's availability and scheduling.

Dated: October 20, 2026

Respectfully submitted,

*/s/ Lauren Macksoud*
**DENTONS US LLP**
Lauren Macksoud (admitted)
101 JFK Parkway
Short Hills, NJ 07078
Telephone: (973) 912-7100
Email: lauren.macksoud@dentons.com

Van C. Durrer, II (admitted *pro hac vice*)
601 S. Figueroa Street #2500
Los Angeles, CA 90017
Telephone: (213) 623-9300
Email: van.durrer@dentons.com

- and -

**DENTONS BINGHAM GREENEBAUM LLP**
James R. Irving (admitted *pro hac vice*)
3500 PNC Tower
101 South Fifth Street
Louisville, KY 40202
Telephone: (502) 589-4200
Email: james.irving@dentons.com

*Proposed Counsel for Debtors and*
*Debtors in Possession*