UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on November 16, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:
House Canary New Jersey, Inc

Case No.: 26-20766

Chapter: 11

Judge: O'Hagan

**AMENDED ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE**

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

**DATED: November 16, 2026**

Eamonn O'Hagan

Honorable Eamonn J. O'Hagan
United States Bankruptcy Judge

After review of the application of Ocean II PLO, LLC for a reduction of time for a hearing on Motion to Extend Time For Other Reason re: Ocean II PLO, LLC's Emergency Motion to Extend the Challenge Period under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on November 23, 2026 at 11:00AM in the United States Bankruptcy Court, Courtroom No. _X _.** **<u>** THIS IS A ZOOM ONLY HEARING</u>**

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties:
US Trustee, Debtor, The DIP Lender, any party requesting notice

______________________________________________

by ☐ each, ☒ any of the following methods selected by the Court:

☐ fax, ☒ overnight mail, ☐ regular mail, ☒ email, ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:

______________________________________________

______________________________________________

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☐ regular mail, ☐ email, ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within ________ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to ______________________________________________

☐ on the same day as the date of this Order, or

☐ within ________ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to said motion/application identified above:

☒ must be filed with the Court and served on all parties in interest by electronic or overnight mail on or before **11/20/2026.**

☐ may be presented orally at the hearing.

8. ☒ Court appearances are required to prosecute said motion/application and any objections.**

☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

9. ☒ The hearing will be conducted via Zoom using the Judge's standard Zoom link for remote appearances, which can be found on the Judge's page on the Court's website: https://www.njb.uscourts.gov/

☐ The hearing will be conducted via a specialized Zoom link. See instructions below:

**<u>** THIS IS A ZOOM ONLY HEARING. IN PERSON APPEARANCES WILL NOT BE TAKEN</u>**

*rev.5/19/2025*